UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAVIA CAPITAL HONG KONG, LTD.,

                Plaintiff,

   - against -

SL GREEN REALTY CORP., ET AL.,

                Defendants.

24-cv-2296 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff may file an Amended Complaint by **June 28, 2024**. The defendants may respond to the Amended Complaint by **July 19, 2024**. If the defendants file a motion to dismiss, the plaintiff may respond by **August 9, 2024**. Any reply is due **August 23, 2024**.

    If the defendants file an Answer, the parties are directed to file a Rule 26(f) Report by **August 9, 2024**.

SO ORDERED.

Dated:    New York, New York
            June 12, 2024

                                                */s/ John G. Koeltl*
                                                John G. Koeltl
                                        United States District Judge