```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

BRAVIA CAPITAL HONG KONG LIMITED,   24-cv-2296 (JGK)

        Plaintiff,   ORDER

   - against -

SL GREEN REALTY CORPORATION, ET AL.,

        Defendants.

-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties should identify fully the citizenship of each defendant. For the defendants 245 Park Member LLC, Palisades Member 1 LLC, Palisades Member 2 LLC, Palisades Training Center NY LLC, and Palisades Fee Owner LLC, the parties should identify the citizenship of each of the members of each LLC as of March 27, 2024, including, if any member is an LLC, the citizenship of each member of that LLC as of March 27, 2024, and, if the member is a corporation, the state of incorporation and principal place of business of every such corporation as of March 27, 2024.

    The information should be provided to the Court by **January 17, 2025**.

SO ORDERED.

Dated:   New York, New York  
          January 13, 2025

                                           _____  
                                              John G. Koeltl  
                                   United States District Judge