UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAVIA CAPITAL HONG KONG LIMITED,

               Plaintiff,

      - against -

SL GREEN REALTY CORPORATION, ET AL.,

               Defendants.

---

24-cv-2296 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On January 13, 2025, the Court directed the parties to "identify fully the citizenship of each defendant." ECF No. 46. On January 17, 2025, the parties submitted an incomplete response. See ECF No. 47.

The parties are directed to submit, by **January 21, 2025**, at **12:00 p.m.**, the citizenship of the defendants Andrew S. Levine and Harrison Sitomer. See Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828 (1989) ("In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both be a citizen of the United States and be domiciled within the State."); Linardos v. Fortuna, 157 F.3d 945, 948 (2d Cir. 1998) (describing domicile as "the place where a person has his true fixed home and principal establishment, and to which, whenever he is absent, he has the intention of returning"); Van Buskirk v. United Grp. of Cos., Inc., 935 F.3d 49, 53 (2d Cir. 2019) ("For purposes of diversity jurisdiction, the relevant

domicile is the parties' domicile at the time the complaint was
filed.").

**SO ORDERED.**

Dated:    New York, New York
          January 17, 2025

                                      John G. Koeltl
                    United States District Judge