```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

BRAVIA CAPITAL HONG KONG LIMITED,

        Plaintiff,

   - against -

SL GREEN REALTY CORPORATION, ET AL.,

        Defendants.

―――――――――――――――――――――――――――――

24-cv-2296 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Courts may raise subject-matter jurisdiction <u>sua sponte</u>. <u>Lyndonville Sav. Bank & Tr. Co. v. Lussier</u>, 211 F.3d 697, 700 (2d Cir. 2000). "If subject matter jurisdiction is lacking, the action must be dismissed." <u>Id.</u> at 700-01.

    Each party is directed to submit a supplemental letter brief, not to exceed two (2) pages, addressing whether this Court should dismiss this action for lack of subject-matter jurisdiction. <u>See</u> <u>First Nat'l Bank v. Turnbull & Co.</u>, 83 U.S. 190, 195 (1872); <u>Multibank, Inc. v. Access Glob. Cap. LLC</u>, No. 17-cv-3467, 2017 WL 6028535, at *4-5 (S.D.N.Y. Dec. 7, 2017). The parties shall make these submissions by **January 22, 2025**, at **5:00 p.m.**

SO ORDERED.

Dated:   New York, New York
           January 18, 2025

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                       United States District Judge