```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

BRAVIA CAPITAL HONG KONG LIMITED,                 24-cv-2296 (JGK)

        Plaintiff,

        - against -                          ORDER

SL GREEN REALTY CORPORATION, ET AL.,

        Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The oral argument in this case is rescheduled to **Tuesday, February 11, 2025, at 11:00 a.m.** The parties are directed to appear by phone. Dial-in: 646-453-4442, with access code 675-278-33#. If the parties would prefer to appear in person, they should advise by letter.

SO ORDERED.

Dated:   New York, New York
          February 7, 2025

                                                  _____
                                                John G. Koeltl
                                              United States District Judge