```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BRAVIA CAPITAL HONG KONG LIMITED,

           Plaintiff,

- against -

SL GREEN REALTY CORPORATION, ET AL.,

           Defendants.

24-cv-2296 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a motion for judgment on the pleadings. ECF No. 75. The parties are directed to appear for a conference, by telephone, on **Tuesday, May 6, 2025**, at **3:00 p.m.** Dial-in: 646-453-4442, with access code 675-278-33#.

SO ORDERED.

Dated:    New York, New York
           April 17, 2025

                                    John G. Koeltl
                              United States District Judge