```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

BRAVIA CAPITAL HONG KONG LTD.,

              Plaintiff,

   - against -

SL GREEN REALTY CORP., ET AL.,

             Defendants.

24-cv-2296 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    There is no justification for the Court to delay entry of judgment in the plaintiff's favor on Count II. The plaintiff has been attempting for over a year to collect the nearly $13 million in damages it was awarded by the state court. The underlying decision in this case tracked the efforts to make Palisades Member 2 LLC judgment proof. It is more than past time that the plaintiff should be allowed to attempt to enforce its state court judgment.

    The plaintiff should propose the final judgment to be entered on Count II by **Wednesday, August 6, 2025.** The defendants may reply by **Thursday, August 7, 2025.**

SO ORDERED.

Dated:    New York, New York
            August 4, 2025

                                            John G. Koeltl
                                   United States District Judge