# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
BRAVIA CAPITAL HONG KONG LIMITED,

                      Plaintiff,                         24 **CIVIL** 2296 (JGK)

            -against-                           **<u>JUDGMENT</u>**

SL GREEN REALTY CORPORATION; 245 PARK
MEMBER LLC; PALISADES MEMBER 1 LLC;
PALISADES MEMBER 2 LLC; PALISADES
TRAINING CENTER NY LLC; PALISADES FEE
OWNER LLC; AND ANDREW S. LEVINE,

                      Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated July 3, 2025, the plaintiff's motion for judgment on the pleadings as to Count II of the SAC is granted. The defendants' cross-motion for judgment on the pleadings is denied. It is hereby ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 54(b) Plaintiff Bravia Capital Hong Kong Limited, having an address at Suite 6510, The Center, 99 Queen's Road Central, Hong Kong, has judgment on Count II of its SAC against and recovers from defendant Palisades Member 2 LLC, having an address c/o SL Green Realty Corp., One Vanderbilt Avenue, New York, NY 10017 in the amount of $12,986,660.70 with interest thereon, at the rate of nine percent (9%) per annum, commencing January 9, 2024 until the entry of judgment, in the amount of $1,847,663.81 for a total judgment of $14,834.324.51, and Plaintiff shall have immediate execution, thereon. Post-judgment interest shall continue to accrue at the rate set forth in 28 U.S.C. §1961 from the date after judgment until payment in full.

Dated: New York, New York

August 8, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

BY: _____
      Deputy Clerk U.S.D.A.