UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAVIA CAPITAL HONG KONG LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SL GREEN REALTY CORPORATION; 245 PARK MEMBER LLC; PALISADES MEMBER 1 LLC; PALISADES MEMBER 2 LLC; PALISADES TRAINING CENTER NY LLC; PALISADES FEE OWNER LLC; AND ANDREW S. LEVINE,<br><br>Defendants. | Civil Case No.: 1:24-cv-02296<br><br>**ORDER** |

**JOHN G. KOELTL, District Judge:**

This civil case set forth hereinabove is referred to Magistrate Judge Ona. T. Wang for the purposes of conducting a settlement conference to consider the possibility, if any, of settlement and to assist therewith as may be appropriate.

**IT IS SO ORDERED** this 26 day of September, 2025.

John G. Koeltl
United States District Judge

1