**MEMO ENDORSED.**



Stephen B. Meister
Direct (212) 655-3551
Fax (212) 655-3535
sbm@msf-law.com

October 7, 2025

<u>**VIA CM/ECF**</u>

Hon. Ona T. Wang
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007-1312

Re:  Bravia Capital Hong Kong Ltd. v. SL Green Realty Corp., et al.
     Case No. 24-cv-02296 (JGK) (OTW)
     <u>Request to Reschedule Preliminary Settlement Conference Call</u>

Dear Judge Wang:

     We represent defendants in the above-referenced action.[1] By orders dated September 26 and September 29, 2025, Judge Koeltl referred the matter to Your Honor for the purpose of mediating settlement discussions (Dkts. Nos. 98, 99). Thereafter, Your Honor scheduled a Preliminary Settlement Conference Call for Wednesday, November 5, 2025 at 3:00 pm. (Dkt. No. 100). Unfortunately, on that day and time I will be on trial in New York Supreme Court before Hon. Joel B. Cohen in a case entitled *Said Hakim, et al. v. Kamran Hakim, et al.*, Index No. 603000/2005. As such, we respectfully request that the Preliminary Settlement Conference Call be rescheduled. I spoke to Plaintiff's counsel, who agreed not to oppose my request. We are both available November 12th through November 14th for the call if that works for Your Honor.

     Thank you in advance for the Court's attention and consideration of this matter. We look forward to speaking with you.

Respectfully submitted,

*/s/ Stephen B. Meister*
Stephen B. Meister

cc: counsel of record

The Preliminary Settlement Conference Call on November 5, 2025 is **ADJOURNED** to Thursday, November 13, 2025 at 2:30 PM. Parties are directed to call Chambers at 212-805-0260 when all counsel are on the line.

SO ORDERED.

_____
Ona T. Wang                October 8, 2025
U.S.M.J.

---

[1] SL Green Realty Corporation ("SL Green"), 245 Park Member LLC ("245 Park"), Palisades Member 1 LLC ("Palisades Member 1"), Palisades Member 2 LLC ("Palisades Member 2" or "Judgment Debtor"), Palisades Training Center NY LLC ("PTC"), Palisades Fee Owner LLC ("Palisades Fee Owner") and Andrew S. Levine ("Levine," collectively, "Defendants").