**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
BRAVIA CAPITAL HONG KONG LIMITED,        :
                                         :
                Plaintiff,               :        24-CV-2296 (JGK) (OTW)
                                         :
        -against-                        :        SCHEDULING ORDER
                                         :
SL GREEN REALTY CORPORATION, et al.,     :
                                         :
                Defendants.              :
                                         :
                                         :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's motion for a Pre-motion Conference at ECF 107.

Parties are ordered to file a joint letter on the docket by **Wednesday, November 12, 2025** creating a chart to that contains the full language of each disputed discovery request, the full language of the responses and objections to each request, Plaintiff's alleged deficiencies, and Defendant's response, if any.

Additionally, the Court will hold an in-person Discovery Status Conference on **Thursday, November 20, 2025 at 11:00 a.m**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: November 6, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge