**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

BRAVIA CAPITAL HONG KONG LIMITED,     :
                                      :
             Plaintiff,               :        24-CV-2296 (JGK) (OTW)
                                      :
        -against-                     :        **ORDER**
                                      :
SL GREEN REALTY CORPORATION, et al.,  :
                                      :
             Defendants.              :
                                      :
                                      :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on December 2, 2025. As **ORDERED** at the conference:

1. The parties' joint request for an extension to the discovery schedule is **GRANTED**. The deadlines are extended as follows: Deposition deadline is extended to **January 30, 2026;** Fact discovery deadline is extended to **February 27, 2026**; Deadline for filing any dispositive motions is extended **to March 27, 2026**; Deadline for filing pre-trial order is extended to **April 17, 2026**.

2. Parties are directed to submit proposed briefing schedules for the crime fraud issue and the Rule 69 issue by **December 5, 2025**.

3. Parties are directed to file a joint status letter on the docket on the last business Friday of every month, beginning on **December 19, 2025**.

4. The Court will hold a confidential conference call regarding settlement with counsel for Plaintiff only on Wednesday, **January 21, 2026 at 2:30 PM**. Please call Chambers at 212-805-0260 when all counsel for Plaintiff are on the line.

5. The Court will hold a confidential conference call regarding settlement with counsel for Defendants only on Wednesday, **January 21, 2026 at 3:00 PM**. Please call Chambers at 212-805-0260 when all counsel for Defendants are on the line.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 4, 2025
New York, New York

**Ona T. Wang**
United States Magistrate Judge