**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

BRAVIA CAPITAL HONG KONG LIMITED,　　　:

　　　　　　　Plaintiff,　　　　　　:　　　　　24-CV-2296 (JGK) (OTW)

　　　　　-against-　　　　　　　　:　　　　　**ORDER**

SL GREEN REALTY CORPORATION, et al.,　　:

　　　　　　　Defendants.　　　　　:

　　　　　　　　　　　　　　　　　:

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's letter at ECF 137. The scheduling order at ECF 118 is

so entered. The motion of Abigail C. Blaker for Admission to this Court Pro Hac Vice at ECF 119

is **GRANTED.**

The Clerk of the Court is requested to close ECF Nos. 118, 119, and 137.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_

Dated: January 7, 2026　　　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　　United States Magistrate Judge