UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————————

BRAVIA CAPITAL HONG KONG LTD.,

                Plaintiff,

      - against -

SL GREEN REALTY CORPORATION, ET AL.,

              Defendants.
——————————————————————————————

24-cv-2296 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the defendant may file a motion to dismiss for lack of subject-matter jurisdiction by **January 21, 2026.** The plaintiff may respond by **February 4, 2026,** and the defendant may reply by **February 13, 2026.**

    The defendant's request for an adjournment of all deadlines in this action is **denied.**

SO ORDERED.

Dated:    New York, New York
          January 7, 2026

                              John G. Koeltl
                    United States District Judge