**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

BRAVIA CAPITAL HONG KONG LIMITED,    :
    :
        Plaintiff,    :       24-CV-2296 (JGK) (OTW)
    :
    -against-    :       **ORDER**
    :
SL GREEN REALTY CORPORATION, et al.,    :
    :
        Defendants.    :
    :
    :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Discovery Status conference in this matter on March 3, 2026. As **ORDERED** at the conference:

1.  Parties must exchange itemized privilege logs by **March 24, 2026.**

2.  Parties are directed to <u>meaningfully</u> meet and confer on the document production generally.

3.  Parties are directed to <u>meaningfully </u>meet and confer on whether any depositions can and should go forward given the status of the production to date.

Parties are directed to report on the progress made on each of these in their March 27, 2026 joint status letter to the Court.

**SO ORDERED.**

                                          *s/ Ona T. Wang*

Dated: March 4, 2026                           **Ona T. Wang**
      New York, New York               United States Magistrate Judge