**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

BRAVIA CAPITAL HONG KONG LIMITED,    :
    :
        Plaintiff,    :      24-CV-2296 (JGK) (OTW)
    :
    -against-    :      **ORDER**
    :
SL GREEN REALTY CORPORATION, et al.,    :
    :
        Defendants.    :
    :
    :

-----------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held a discovery status conference in this matter on Wednesday, May 13, 2026. As **ORDERED** at the conference:

1.  The dispute regarding request for production ("RFP") numbers 6 and 7 are likely moot in light of recent productions by Plaintiff. If parties seek to re-raise an issue with this production, they are directed to do so as a new letter motion after completely reviewing the new production.

2.  Regarding RFP number 8, Plaintiff is directed to produce Mr. Yan's employment agreement with BCP, Inc. and file a status letter regarding production by **Friday, May 15, 2026**.

3.  Plaintiff is directed to produce documents responsive to RFP number 10.

4.  Regarding RFP numbers 11 and 13, Defendants are instructed to review the deposition transcript of Mr. Bhise referenced at the conference, and Plaintiff is directed to produce any non-privileged documents responsive to these requests. Any privileged documents must be logged on a privilege log.

5.  The Court will hold another in-person discovery status conference in this matter on **Tuesday, June 16, 2026, at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are directed to submit a joint dispute chart in advance of the conference by **Friday, June 12, 2026**.

The Clerk of the Court is respectfully directed to close ECF 179.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: May 14, 2026
    New York, New York

**Ona T. Wang**
United States Magistrate Judge