**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

BRAVIA CAPITAL HONG KONG LIMITED,               :
                                                :
                      Plaintiff,                :            24-CV-2296 (JGK) (OTW)
                                                :
        -against-                               :            **ORDER**
                                                :
SL GREEN REALTY CORPORATION, et al.,            :
                                                :
                      Defendants.               :
                                                :
                                                :
---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a discovery status conference in this matter on Tuesday, June 16, 2026.

As **ORDERED** at the conference, Defendants' request is limited to special interrogatories as

narrowed on the record. (*See* ECF 192).


        **SO ORDERED.**


                                                            _s/ Ona T. Wang_
Dated: June 22, 2026                                        **Ona T. Wang**
       New York, New York                          United States Magistrate Judge