**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

BRAVIA CAPITAL HONG KONG LIMITED,     :

              :

        Plaintiff,     :     24-CV-2296 (JGK) (OTW)

              :

        -against-     :     **ORDER**

              :

SL GREEN REALTY CORPORATION, et al.,     :

              :

        Defendants.     :

              :

---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed the parties' joint status letter in which Plaintiff asserts that Defendants' revised privilege log is still insufficient to resolve their dispute about privileged documents. (ECF 175 at 1). Accordingly, parties are directed to lodge the revised disputed logs for *in camera* review by **June 26, 2026**, together with a letter brief explaining their position. Plaintiff's letter should be filed as a motion. The Court will consider apportioning costs under Rule 37(a)(5) if it finds that the revised logs are still insufficient.

        Plaintiff also asserts that they are not seeking a final ruling on the crime-fraud motion filed at ECF 124, which was based on the previous categorical logs, until they received an updated privilege log. (ECF 175 at 2). In line with my oral ruling at the March 3, 2026, conference to "put aside" the "crime-fraud exception issue, because there seems to be a thread [the log issue] running through these objections." (December 2, 2025 Transcript, ECF 120 at 8:3-6). Accordingly, the motion to compel production of privileged documents due to the crime-fraud exception is **DENIED as moot, without prejudice** to renewal after the Court determines whether this latest round of privilege log(s) is the operative one.

The parties are directed to submit a joint status letter on **Friday, July 31, 2026**, reporting on the status of all outstanding discovery.

The Clerk of the Court is respectfully directed to close ECF 124.

**SO ORDERED.**

_____s/ Ona T. Wang_____

Dated: June 22, 2026                                          **Ona T. Wang**
       New York, New York                        United States Magistrate Judge