UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BRAVIA CAPITAL HONG KONG LIMITED,**

**Plaintiff,**

**- against -**

**SL GREEN REALTY CORP., ET AL.,**

**Defendants.**

**24-cv-2296 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

As discussed at the conference held today, the Court will hold an evidentiary hearing in this case on **August 4, 2026 at 10:00 a.m.** The time for the plaintiff to submit its pre-hearing brief, along with witness and exhibit lists, is **July 21, 2026**. The time for the defendants to submit their pre-hearing brief, along with witness and exhibit lists, is **July 28, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 7, 2026**

**John G. Koeltl**
**United States District Judge**