UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BRAVIA CAPITAL HONG KONG LIMITED,**

**Plaintiff,**

**- against -**

**SL GREEN REALTY CORP., ET AL.,**

**Defendants.**

**24-cv-2296 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

As discussed at the conclusion of the evidentiary hearing today, the parties shall file their proposed findings of fact and conclusions of law by **August 12, 2026**. The parties may file any responsive briefs by **August 14, 2026**. The proposed findings of fact and conclusions of law shall be no longer than 15 pages per side, and the responsive briefs should be no longer than five pages per side. The submissions shall be in 12-point font, double spaced, and with one-inch margins. Any footnotes shall be 12-point font and double spaced.

**SO ORDERED.**

**Dated:** New York, New York
August 5, 2026

John G. Koeltl
United States District Judge