Massumi
+Consoli

4131 N Central Expressway
3rd Floor
Dallas, TX 75204
214.271.5174

www.mcllp.com

Lewis Zirogiannis
214.716.8136
lzirogiannis@mcllp.com

**VIA ECF**

August 12, 2026

Application granted. SO ORDERED.
/s/ John G. Koeltl
United States District Judge
August 13, 2026

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

**RE:** ***Bravia Capital Hong Kong Ltd. v. SL Green Realty Corp., et al.***
**Case No. 24-cv-02296 (JGK) – Filing Redacted Proposed Findings of Fact and Conclusions of Law**

Dear Hon. Judge Koeltl:

We represent Plaintiff Bravia Capital Hong Kong Limited ("BCHK") in the above-referenced action and file this letter motion requesting that the Court retain on file the redacted version of BCHK's Proposed Findings of Fact and Conclusions of Law regarding subject matter jurisdiction (the "FFCL"). Bravia files its FFCL contemporaneously herewith. The FFCL discusses BCHK's last transaction of business in relation to this circuit's "last transaction of business" test to determine the principal place of business of an inactive corporation. *See Circle Indus. USA, Inc. v. Parke Const. Group, Inc.,* 183 F.3d 105, 108 (2d Cir. 1999). As detailed in the FFCL, BCHK's last transaction of business involved its efforts to purchase a business entity that is a non-party to this action. BCHK's negotiations with this entity were confidential, and ultimately BCHK did not purchase the entity. Accordingly, BCHK has redacted the name of this entity in the publicly filed version of the FFCL. As a result, and as required by this Court's Individual Practices, BCHK is contemporaneously filing an unredacted version of the FFCL under seal and this letter motion to request permission to retain on file the redacted version of the FFCL.

Accordingly, BCHK respectfully requests that the Court allow the redacted version of BCHK's FFCL to remain on file.

Respectfully submitted,

lewis zirogiannis

Lewis Zirogiannis, P.C.

cc: Counsel of Record (via ECF)