Massumi
+Consoli

2300 N Haskell Ave.
Dallas, TX 75204
214.271.5174

www.mcllp.com

**MEMO ENDORSED.**

Lewis Zirogiannis
214.716.8136
lzirogiannis@mcllp.com

**VIA ECF**

December 31, 2025

Hon. Ona T. Wang
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

**RE:** ***Bravia Capital Hong Kong Ltd. v. SL Green Realty Corp., et al.***
**Case No. 24-cv-02296 (JGK) (OTW) – Filing Redacted Motion to Compel Under Fed. R. Civ. P. 69(a)(2)**

Dear Hon. Judge Wang:

We represent Plaintiff Bravia Capital Hong Kong Limited ("Bravia") in the above-referenced action and file on behalf of the parties this joint request to retain on file the redacted version of Bravia's motion to compel documents responsive to its Requests for Production of Documents under Fed. R. Civ. P. 69(a)(2) (the "Motion"). In accordance with the Court's direction at the Discovery Status Conference held on December 2, 2025 and the joint proposed briefing schedule, Bravia files contemporaneously herewith its Motion. One exhibit to the Memorandum of Law in support of the Motion contains discovery material marked confidential by the Defendants, which Bravia has redacted in the publicly filed version of the Motion. As a result, and as required by this Court's Individual Practices, Bravia is contemporaneously filing an unredacted Motion under seal and this letter motion to request permission to retain on file the redacted version of Bravia's Motion.

The materials marked confidential by Defendants contain commercially sensitive confidential information regarding certain Defendants' tax returns.

Accordingly, the parties respectfully request that the Court allow the redacted version of Bravia's Motion to remain on file, with all information marked confidential by Defendants redacted.

Respectfully submitted,

*lewis zirogiannis*

Lewis Zirogiannis, P.C.

**Application GRANTED.**

cc: Counsel of Record (via ECF)

**SO ORDERED.**

Ona T. Wang　　August 13, 2026
U.S.M.J.



Los Angeles | San Francisco | New York | Dallas