**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BRAVIA CAPITAL HONG KONG LIMITED,

Plaintiff,

-against-

24 **CIVIL** 2296 (JGK)(OTW)

# JUDGMENT

SL GREEN REALTY CORPORATION, ET AL.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 7, 2026, this case is dismissed without prejudice for lack of subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**