**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRAVIA CAPITAL HONG KONG LIMITED,

Plaintiff,

v.

SL GREEN REALTY CORPORATION; 245 PARK MEMBER LLC; PALISADES MEMBER 1 LLC; PALISADES MEMBER 2 LLC; PALISADES TRAINING CENTER NY LLC; PALISADES FEE LOWNER LLC; AND ANDREW S. LEVINE.

Defendants.

Civil Case No.: 1:24-cv-02296 (JGK) (OTW)

**MOTION TO WITHDRAW THOMAS F. LI AS COUNSEL OF RECORD**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Thomas F. Li, currently listed as among the counsel of record for Plaintiff Bravia Capital Hong Kong Limited ("Plaintiff"), hereby moves to withdraw as counsel for Plaintiff in this case and respectfully requests that the Clerk of the Court remove Thomas F. Li from the Court's notifications of filings and announcements related to this matter.

Mr. Li, who entered a notice of appearance in this matter on August 19, 2025 (Dkt. No. 94), is no longer associated with the law firm of Massumi + Consoli LLP. Plaintiff will continue to be represented by Massumi + Consoli LLP, including Lewis Zirogiannis, Michael R. Huttenlocher, Jr., and Abigail Blaker, each of whom has appeared in this matter (Dkt. Nos. 62, 63, 138). Thus, this withdrawal will not delay any proceedings in this case, including the pending Motion for Attorney Fees and Costs (Dkt. No. 244). Pursuant to Local Civil Rule 1.4, Mr. Li states that he is not asserting a retaining or charging lien.

Dated: Dallas, Texas
October 2, 2026

Respectfully submitted,

MASSUMI + CONSOLI LLP

By: /s/ Lewis Zirogiannis
Lewis Zirogiannis
Abigail Blaker
4131 N Central Expressway
3rd Floor
Dallas, TX 75204
Tel. (214) 716-8136
lzirogiannis@mcllp.com

Michael R. Huttenlocher
1133 Avenue of the Americas
32nd Floor
New York, New York 10036
Tel. (212) 301-7674
mhuttenlocher@mcllp.com

*Attorneys for Plaintiff,*
*Bravia Capital Hong Kong Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, a true and correct copy of the foregoing MOTION TO WITHDRAW THOMAS F. LI AS COUNSEL OF RECORD was filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and by email to Plaintiff Bravia Capital Hong Kong Limited.

*/s/ Lewis Zirogiannis*
Lewis Zirogiannis