**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRAVIA CAPITAL HONG KONG LIMITED,

Plaintiff,

v.

SL GREEN REALTY CORPORATION; 245 PARK MEMBER LLC; PALISADES MEMBER 1 LLC; PALISADES MEMBER 2 LLC; PALISADES TRAINING CENTER NY LLC; PALISADES FEE OWNER LLC; AND ANDREW S. LEVINE.

Defendants.

Civil Case No.: 1:24-cv-02296

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Bravia Capital Hong Kong Limited ("Bravia") appeals to the United States Court of Appeals for the Second Circuit from the Court's Memorandum Opinion and Order entered on September 7, 2026 (ECF No. 242) and the Judgment entered on September 10, 2026 (ECF No. 243), together with all orders and rulings that merge therein, dismissing this action for lack of subject-matter jurisdiction and vacating the Judgment entered on August 8, 2025 (ECF No. 93).

Dated: Dallas, Texas
October 6, 2026

Respectfully submitted,

MASSUMI + CONSOLI LLP

By: *_/s/ Lewis Zirogiannis_*
Lewis Zirogiannis
4131 N Central Expressway
3rd Floor
Dallas, TX 75204
Tel. (214) 716-8136
lzirogiannis@mcllp.com

Michael R. Huttenlocher
1133 Avenue of the Americas
32nd Floor

New York, New York 10036
Tel. (212) 301-7674
mhuttenlocher@mcllp.com

*Attorneys for Plaintiff,*
*Bravia Capital Hong Kong Limited*