UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAVIA CAPITAL HONG KONG LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SL GREEN REALTY CORPORATION, 245 PARK MEMBER LLC; PALISADES MEMBER 1 LLC; PALISADES MEMBER 2 LLC; PALISADES TRAINING CENTER NY LLC; PALISADES FEE OWNER LLC; and ANDREW S. LEVINE,<br><br>Defendants. | Civ. Action No. 1:24-cv-02296-JGK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that Mitchell Epner, a partner in Kudman Trachten Aloe Posner LLP, hereby enters his appearance on behalf of plaintiff Bravia Capital Hong Kong Limited for the limited purpose of opposing Defendants' Motion for Attorney Fees and Costs (ECF 244, 245 and 246).

Dated: October 14, 2026
New York, New York

KUDMAN TRACHTEN ALOE POSNER LLP

BY: /s Mitchell Epner ,

Mitchell Epner
488 Madison Avenue, 23rd Floor
New York, NY 10022
mepner@ktap.com
212.868.1010