UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAVIA CAPITAL HONG KONG LIMITED,

Plaintiff,

- against -

SL GREEN REALTY CORPORATION. ET AL.,

Defendants.

24-cv-2296 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff's motion to stay the motion for attorneys' fees and costs is **denied**. The Court has jurisdiction to decide the motion pending an appeal of the underlying judgment to the Court of Appeals. See Tancredi v. Metro. Life Ins. Co., 378 F.3d 220, 225 (2d Cir. 2004). It is within this Court's discretion to rule on the claim for fees, defer its ruling, or deny the motion without prejudice pending appeal. Id. The Court declines to defer briefing and the decision on the motion for attorneys' fees and costs. See id.; Adstra, LLC v. Kinesso, LLC, No. 24-cv-2639, 2025 WL 1070034, at *3 (S.D.N.Y. Apr. 9, 2025); DarkPulse, Inc. v. Crown Bridge Partners LLC, No. 22-cv-8163, 2023 WL 8458280, at *1 (S.D.N.Y. Nov. 7, 2023). Briefing and decision on the motion for attorneys' fees promptly may avoid the need for successive appeals.

The plaintiff's request for an extension of time to respond to the motion for attorneys' fees and costs is **granted.** The plaintiff may respond by **November 16, 2026**. The defendants may reply by **December 14, 2026.**

The Clerk is respectfully requested to close ECF No. 252.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 15, 2026**

**John G. Koeltl**
**United States District Judge**